IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ERIC EBERT,<br><br>                Defendant. | No. 1:08-cr-0069 AWI<br><br>ORDER DIRECTING THE FRESNO COUNTY JAIL TO RESPOND TO DEFENDANT'S REQUEST FOR A KOSHER FOOD DIET, AND ACCESS TO  LIGHT, AIR AND EXERCISE WHILE HOUSED IN THE FRESNO COUNTY JAIL |

      WHEREAS  Mr. Ebert was receiving a kosher  diet while at Atwater Penitentiary based on his Jewish Faith; he requests that the court order the Fresno County Jail to provide him with a kosher food diet. Mr. Ebert is aware that the jail provides a kosher food diet and his made several request to receive such a diet. Since the jail has not complied with his informal request he asks the court issue the following order so that he may receive a kosher food diet while housed in the Fresno County Jail pending trial in this case. The court hereby issues this written order to facilitate Mr. Ebert's [PID # 7009481, Booking # 0820789] receiving of a kosher food diet while housed, pretrial, in the Fresno County Jail.

///

///

///

///

///

///

///

///

Further, since being housed at Fresno County Jail, Mr. Ebert has not been permitted access to light or air, being kept in a windowless cell without exercise or fresh air.

Dated: May 13, 2008

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/   Ann H. Voris
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Eric Ebert

## ORDER

The court has considered Eric Ebert's motion to order the Fresno County Jail to provide to him a kosher food diet, and access to light, air and exercise. The court recognizes the limited resources available to the Fresno County Jail and space and security needs. Without input from the Fresno County Jail, the court has insufficient information to determine whether to grant Mr. Ebert's motion in whole or in part.

THEREFORE, IT IS HEREBY ORDERED that the Fresno County Jail submit a written response to Eric Ebert's motion to be filed within ten court days of the issuance of this order.

IT IS SO ORDERED.

**Dated:   May 13, 2008**　　　　　　　　　　/s/ **Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE